UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAVELL WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>MENDOZA-POWERS,<br><br>    Respondent. | 1:05-CV-0761 REC LJO HC<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br>(DOCUMENT #11) |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On November 23, 2005, respondent filed a motion to extend time to file a motion to dismiss. On December 5, 2005, and during the pendency of this request, respondent submitted its motion to dismiss and supporting memorandum. Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   February 3, 2006**           /s/ Lawrence J. O'Neill
23ehd0                                                    UNITED STATES MAGISTRATE JUDGE